UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) ) | |
| v. | ) ) ) | No. 2:09-cr-203-DBH |
| DAVID LEON, | ) ) ) | |
| Defendant | | |

**ORDER ON MOTION TO REDUCE SENTENCE**

After considering both parties' written submissions, I **Grant** the motion under Rule 35(b). The sentence will be reduced 14 months to a reduced sentence of 90 months.

**So Ordered.**

**Dated this 26th day of September, 2011**

/s/D. Brock Hornby
**D. Brock Hornby**
**United States District Judge**