UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | No. 2:09-cr-203-DBH |
| | ) | |
| DAVID LEON, | ) | |
| DEFENDANT | ) | |

## ORDER ON COUNSEL APPOINTMENT

I received a letter motion from the defendant stating that he was no longer represented by the Federal Defender who was his counsel at plea and sentencing, and asking me to appoint him a new lawyer in connection with his desire to challenge his sentence to the extent that it relied upon a quantity of drugs analyzed at a Massachusetts laboratory that, according to the news media, has been discredited.

I asked the Clerk's Office to find a lawyer and Attorney Sarah Churchill graciously agreed to take the case. Now I have been informed that in fact the Federal Defender is representing the defendant and that the Federal Defender and the defendant have been in communication following the defendant's letter motion to the court. Accordingly it appears that the appointment of Attorney Churchill is no longer necessary, and it is hereby revoked, but with the Court's thanks to Attorney Churchill for her willingness to represent the defendant.

SO ORDERED.

DATED THIS 14TH DAY OF NOVEMBER, 2012

/s/D. Brock Hornby
D. BROCK HORNBY
UNITED STATES DISTRICT JUDGE